

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-13-00330-CR

Raymond **CLARK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4130
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on December 18, 2013. On December 5, 2013, this court granted Appellant's first motion for extension of time to file the brief until February 17, 2014. On the due date, Appellant filed a second motion for extension of time to file the brief until March 4, 2014, for a total extension of seventy-six days.

Our December 5, 2013 order emphatically stated as follows: "**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**" Nevertheless, Appellant has requested another extension of time to file the brief based on counsel's assertions that he has been preparing other briefs.

Appellant's second motion for extension of time is GRANTED IN PART with the following conditions. We ORDER Appellant to file the brief not later than Friday, February 28, 2014. The mailbox rule is suspended; **this court must <u>receive</u> the brief not later than February 28, 2014.** *See* TEX. R. APP. P. 2, 9.2(b).

If Appellant fails to file the brief as ordered, we will immediately abate this appeal and remand it to the trial court for an abandonment hearing **WITHOUT FURTHER NOTICE**. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We will order the trial court to ensure that Appellant's counsel personally appears at the hearing. *See* TEX. R. APP. P. 38.8(b)(3). We remind Appellant's counsel that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court